UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:14-cr-148-T-17AEP

NIKALESH HEMANT MASTERS

### FORFEITURE MONEY JUDGMENT

The United States moved for a forfeiture money judgment against defendant Nikalesh Hemant Masters in the amount of $58,000.00, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

Being fully advised in the premises, the Court finds that the United States has established that the defendant obtained $58,000.00 in proceeds as a result of the scheme to defraud the United States Postal Service involving mail fraud, in violation of 18 U.S.C. § 1341, for which the defendant has been found guilty as charged in Count One of the Information. Accordingly, it is hereby

**ORDERED** that for good cause shown, the United States' motion is GRANTED.

It is FURTHER **ORDERED** that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, defendant Nikalesh Hemant Masters is liable to the United States of America for a forfeiture money judgment in the amount of $58,000.00, which represents the amount of proceeds the defendant received as a result of the crime of conviction charged in Count One.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), up to and including the amount of the $58,000.00 forfeiture money judgment, and to address any third party claim that may be asserted in these proceedings.

**DONE and ORDERED** in Tampa, Florida, on July 8, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record