UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**                    CASE NO: 8:14-CR-148-T-17AEP

**NIKALESH H. MASTERS,**

    **Defendant.**
_____/

**ORDER**

This cause is before the Court on:

    Dkt. 31: Unopposed Motion for Return of Passport

After consideration, the Court grants the Unopposed Motion. Accordingly, it is

ORDERED that the Unopposed Motion for Return of Passport is **granted.**

    DONE AND ORDERED in Chambers, in Tampa, Florida on this 21st day of July, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record
    U.S. Pretrial Services