**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.	CASE NO. 8:14-CR-148-T-EAK-AEP

NIKALESH H. MASTERS
_____/

**ORDER**

This cause comes before the Court on the defendant's unopposed motion for early termination of probation (Doc. 40). The Court has reviewed the motion and finds it well-taken. The Court incorporates the motion by reference herein. Accordingly, it is.

**ORDERED** that motion for early termination of probation (Doc. 40) be **granted** and the defendant's term of probation is terminated and the defendant is discharged from probation.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 23rd day of March, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record
			U.S. Probation Office